AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Madeline Lee

V.

Merck & Co., Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5242

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100, WS3AB-05
Whitehouse Station, NJ 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Annesley H. DeGaris
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
Email: adegaris@cwcd.com; jsisson@cwcd.com, mhammond@cwcd.com
and asapone@cwcd.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 0 6 2008



J. MICHAEL McMAHON
CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/20/08 |
| NAME OF SERVER (PRINT) James Reap | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering and leaving documents with Christina Kochanski, Administrative Assistant & person authorized to accept on behalf of Merck & Co. Inc., at 1 Merck Drive Whitehouse Station, NJ 08889

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/08
             Date            Signature of Server

50 Main St. Hackensack, NJ 07601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

June 23, 2008

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

# Invoice

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business
-------<

Reference Job **#39326** when remitting.

## PERSONAL

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

MADELINE LEE vs MERCK & CO., INC.,

**Docket/Case Number: 08-CV-5242**
SUM Sum & Comp with Jury Demand
**MERCK & CO., INC.**

Total Service Fees : $75.00
Amount Received: $75.00
Amount Due: $0.00

Completed Personal Service to CHRISTINE KOCHANSKI, ADMINISTRATIVE ASSISTANT , Agent in Charge on June 20, 2008 at 4:11 PM,
at: MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE STATION, NJ 08889
by JAMES REAP, Process Server

Sex: **Female** Skin: **White** Hair: **Brown** Height: **5' 5"** Weight: **160-170 lbs** Age: **35**

There is no balance due:    **$0.00**

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally, nationally, and internationally.